UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IDS PROPERTY AND CASUALTY
INSURANCE COMPANY,

                Plaintiff,

  v.

CHARLES H. FELLOWS,

                Defendant.

C15-2031 TSZ (JPD)

MINUTE ORDER

       The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

       (1)    The parties' stipulated motion to extend the dispositive motions filing deadline, docket no. 114, is GRANTED as follows.  Each party may file a dispositive motion, not to exceed twelve (12) pages in length, by January 30, 2017.  Any such motion shall be noted for February 6, 2017.  Any response shall be filed by February 6, 2017, and shall not exceed twelve (12) pages in length.  No reply shall be filed unless requested by the Court.  Counsel are REMINDED of their obligation to provide courtesy copies.  *See* Local Civil Rule 10(e)(9).

       (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

       Dated this 27th day of January, 2017.

                                                 William M. McCool
                                               Clerk

                                               s/Karen Dews
                                               Deputy Clerk

MINUTE ORDER - 1