UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IDS PROPERTY AND CASUALTY
INSURANCE COMPANY,

           Plaintiff,

    v.

CHARLES H. FELLOWS,

           Defendant.

C15-2031 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiff's supplemental motion in limine, docket no. 135, is DENIED.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of March, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1