The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IDS PROPERTY AND CASUALTY
INSURANCE COMPANY, an admitted insurer,

No. 2:15-CV-2031 TSZ

                                          Plaintiff,

        v.

ORDER ON DEFENDANT'S MOTION
*IN LIMINE*

CHARLES H. FELLOWS,

                                          Defendant.

        Defendant Charles H. Fellows's Motion *in Limine*, docket no. 128, is GRANTED in part,

DENIED in part, and DEFERRED in part, as follows:

        MOTION 1 is GRANTED in part as to the 2001 drug conviction based on Rule 403 and

as to other charges, arrests, or allegations of misbehavior that did not ripen into a conviction.

Except as granted, MOTION 1 is otherwise DENIED.

        MOTION 2 is GRANTED in part as to opinion testimony, expert testimony, or other

non-disclosed testimony by Eric Michalak relating to Battered Women's Syndrome.  Except as

granted, MOTION 2 is DEFERRED.

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1   <u>MOTION 3</u> to preclude argument by IDS that Fellows committed "domestic abuse" or

2   "domestic violence" or was "the abuser" is DENIED.

3   <u>MOTION 4</u> to preclude argument regarding insurance fraud is DENIED as moot.

4   <u>MOTION 5</u> to preclude improper rebuttal evidence is DEFERRED to trial.

5   <u>MOTION 6</u> to preclude argument that Osborne did not commit domestic violence

6   because she was not arrested, charged, or convicted is DEFERRED.

7   <u>MOTION 7</u> to preclude argument that coverage is excluded based on intentional acts by

8   Osborne's children is DENIED.

9   IT IS SO ORDERED.

10  DATED this 8th day of March, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented by:

KELLER ROHRBACK L.L.P.

By: s/ *Ian S. Birk*
_____
William C. Smart, WSBA #8192
Ian S. Birk, WSBA # 31431
Attorneys for Plaintiffs

ORDER ON DEFENDANT'S MOTION *IN LIMINE*
(2:15-CV-2031 TSZ) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384