The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| IDS PROPERTY AND CASUALTY INSURANCE COMPANY, an admitted insurer, | ) Case No. 2:15-cv-02031-TSZ<br>)<br>) JOINT PRETRIAL ORDER<br>) |
| Plaintiff, | ) LCR 16<br>) |
| vs. | )<br>) |
| CHARLES H. FELLOWS; | )<br>) |
| Defendant. | )<br>) |
| | ) |

**JURISDICTION**

This Court has jurisdiction in this case under 28 U.S.C. §1441 under diversity jurisdiction. The parties are of diverse citizen ship and the matter in controversy exceeds $75,000.

**CLAIMS AND DEFENSES**

**A. PLAINTIFF IDS PROPERTY AND CASUALTY INS. CO.**

Plaintiff IDS Property and Casualty Insurance Company (hereinafter "IDS") asserts the Court should declare no coverage exists for Defendant Charles H. Fellows' (hereinafter "Fellows") insurance claims because (A) the intentional act exclusion to coverage applies because, as IDS asserts, the domestic violence exception to the exclusion does not apply to this matter; and (B) the

JOINT PRETRIAL ORDER - (Case No. 2:15-cv-2031) - PAGE 1

601357
THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

1  applicable policy specifically does not provide coverage for theft of personal property by another

2  insured.

3  As defenses to Fellows' counterclaims for alleged breach of contract, alleged insurance

4  bad faith, and alleged violations of the Washington Insurance Fair Conduct Act (hereinafter

5  "IFCA") and the Consumer Protection Act (hereinafter "CPA"), IDS asserts its investigation and

6  actions in connection with the subject insurance claim were reasonable, as was its ultimate

7  coverage determination and denial of the insurance claim.  IDS asserts it did not violate the

8  regulations and statutes of the IFCA or the CPA and that Fellows' claims fail.  Further, IDS asserts

9  Fellows has not demonstrated a covered loss occurred to trigger coverage for personal property

10 and that Fellows is barred from coverage because of the intentional act exclusion.

11 **B. DEFENDANT CHARLES H. FELLOWS**

12 Fellows will pursue the following affirmative defenses:

13 1.     IDS is estopped and/or precluded from collaterally challenging the determination

14 of the King County Superior Court that Osborne violated the court order to preserve the house by

15 willfully and purposefully destroying the family home.

16 2.     The Court should enter a declaratory judgment that there is coverage for the loss to

17 the dwelling and Fellows' personal property.

18 Defendant will pursue the following claims:

19 1.     IDS committed the tort of insurance bad faith by failing to perform a full and fair

20 investigation of Fellows's insurance claim and by elevating its interests above those of Fellows's.

21 2.     IDS committed the tort of negligence by failing to perform a full and fair

22 investigation of Fellows's insurance claim and by elevating its interests above those of Fellows's.

23 3.     IDS committed the tort of constructive fraud by failing to perform a full and fair

24 investigation of Fellows's insurance claim and by elevating its interests above those of Fellows's.

25 4.     IDS committed breach of contract by failing to pay insurance benefits owed

26 pursuant to the contract.

JOINT PRETRIAL ORDER - (Case No. 2:15-cv-2031) - PAGE 2

601357
THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon  97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

5.     IDS violated the Consumer Protection Act both by committing an unfair or deceptive act or practice in trade or commerce causing injury to Fellows's property and by violating WAC 284-30-330(1); WAC 284-30-330(2); WAC 284-30-330(40; WAC 284-30-330(5); WAC 284-30-330(13); WAC 284-30-350(1); WAC 284-30-360(1); WAC 284-30-360(3); WAC 284-30-370; WAC 284-30-380(3).

6.     IDS violated the Insurance Fair Conduct Act by unreasonably denying Fellows's insurance claim and by unreasonably denying payment of benefits and IDS is liable for punitive damages based on this and its violation of WAC 284-30-330(1); WAC 284-30-330(2); WAC 284-30-330(40; WAC 284-30-330(5); WAC 284-30-330(13); WAC 284-30-350(1); WAC 284-30-360(1); WAC 284-30-360(3); WAC 284-30-370; WAC 284-30-380(3).

## ADMITTED FACTS

The following facts are admitted or otherwise undisputed between the parties:

1.     Fellows and Michaela Osborne (hereinafter "Osborne") were married.

2.     Osborne petitioned the King County Superior Court for dissolution of the marriage.

3.     As part of the dissolution proceedings, the King County Superior Court issued a no-contact Protection Order which restricted any and all contact by Fellows with Osborne or her children.  The Protection Order removed Fellows from the family residence in October 2013.

4.     Also as part of the dissolution proceedings, an appraisal report was prepared on or about April 14, 2015.

5.     The appraisal report noted the residence was in "good condition" as of April 2015.

6.     The underlying dissolution proceeding resolved on or about July 8, 2015, and awarded Fellows the residence.  Further, the decree ordered Osborne to vacate the residence within 60 days from June 30, 2015.

7.     The dissolution decree also ordered Osborne to maintain the home "in the condition it is; the house needs to be in a livable condition; she needs to leave the home intact.  Do not damage it in any away, shape, or form."

JOINT PRETRIAL ORDER - (Case No. 2:15-cv-2031) - PAGE 3

601357

THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon  97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

8.      Also on July 8, 2015, a the King County Superior Court issued a permanent no-contact Protection Order restricting Fellows from contacting Osborne or her children.

9.      Fellows attempted to re-enter the family residence on or about August 31, 2015.

10.     Fellows discovered substantial damage to the home including graffiti, holes in the walls, missing appliances, and other vandalism.

11.     Fellows reported the damages to the Renton Police Department who began an investigation of the damages and prepared a report.

12.     As part of its investigation, Renton Police spoke with Osborne who admitted the damages occurred and also reported some of the damages were caused by her children whom she allowed to damage the home.

13.     Fellows reported the loss to IDS on or about September 1, 2015.

14.     The residence was insured through a policy issued by IDS with effective dates of May 10, 2015, through May 10, 2016.

15.     IDS assigned a claim under the subject insurance policy to Fellows' reported damages.

16.     IDS inspected the home, with Fellows and his attorneys present, on or about September 23, 2015.

17.     IDS requested examinations under oath of Fellows and Osborne as of September 28, 2015.

18.     Fellows submitted to an examination under oath on November 5, 2015.

19.     Osborne submitted to an examination under oath on December 18, 2015.

20.     IDS filed the instant action for declaratory relief on December 30, 2015.

21.     Fellows has incurred approximately $75,000 in repairing and replacing the dwelling. Fellows also paid approximately $9,000 to his brother for additional repair to the dwelling for a total of approximately $84,000.00 in actual expenditures to date.

22.     IDS denied coverage for Fellows claim on December 6, 2016, based on the

JOINT PRETRIAL ORDER - (Case No. 2:15-cv-2031) - PAGE 4

THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

intentional act exclusion, the theft by an insured exclusion, and a failure to substantiate a covered loss occurred to the personal property.

## DEFENDANT'S PROPOSED ADDITIONAL ADMITTED FACTS

Defendant proposes the following facts also be admitted.  IDS objects to these as admitted facts.

23. Eric Lamb is an independent, licensed home appraiser.

24. Mr. Lamb completed an appraisal of the home on April 14, 2015.

25. The purpose of the appraisal was to assist in valuing the home for purposes of the Fellows and Osborne divorce.

26. Both Fellows and Osborne sought the home in the divorce.

27. Mr. Lamb's appraisal showed that on April 14, 2015, the home was in very good condition.

28. There was no significant damage to the home at the time of the appraisal on April 14, 2015.

29. IDS issued a renewal policy insuring the home effective May 10, 2015, for the period May 10, 2015 through May 10, 2016.

30. The King County Superior Court awarded the home to Fellows. *In re Marriage of Fellows*, 196 Wn. App. 1073, 2016 WL 6948771 at *1 (Nov. 28, 2016).

31. At the conclusion of the divorce trial on June 30, 2015, and in a hearing on July 8, 2015, the King County Superior Court ordered Osborne to keep the home free from damage, ruling: "The house needs to be maintained in the condition it is"; "the house needs to be in a livable condition"; "she needs to leave the home intact. Do not damage it in any way, shape, or form." *Ibid.*

JOINT PRETRIAL ORDER - (Case No. 2:15-cv-2031) - PAGE 5

THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon  97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

32. At the conclusion of the divorce trial on June 30, 2015, the home was in good condition without any significant damage.

33. The King County Superior Court ordered Fellows to pay Osborne $52,413 for her interest in the house. Fellows paid this to Osborne in cash.

34. Fellows filed a police report relating to damage to the home with the Renton Police on August 31, 2015.

35. Fellows cooperated with the Renton Police investigation relating to the damage.

36. The Renton Police opened an investigation into the suspected crime of Malicious Mischief in the First Degree, Domestic Violence.

37. The Renton Police identified Osborne as the suspect.

38. Osborne telephoned IDS the next morning, September 1, 2015, and retroactively canceled the insurance coverage.

39. IDS allowed the policy to be canceled without any notice to Fellows.

40. IDS made a mistake when it allowed Osborne to cancel the insurance policy without giving proper, statutory notice to Fellows.

41. IDS learned later that day that it had made a mistake by allowing the policy to be canceled when Fellows telephoned to file a claim for the damage.

42. IDS did not tell Fellows that it had been a mistake to allow the policy to be canceled.

43. IDS did not tell Fellows that he was covered as an insured on the policy.

44. The King County Superior Court concluded that Osborne violated the court order to preserve the house by willfully and purposefully destroying the family home. *In re Fellows*, 2016 WL 6948771 at *2.

45. This ruling was affirmed on appeal and is final.

JOINT PRETRIAL ORDER - (Case No. 2:15-cv-2031) - PAGE 6

THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

46. By willfully and purposefully destroying the family home, Osborne committed contempt of court in violation of Washington law. *Id.* at *3.

47. Robert Null and Eric Michalak were assigned by IDS to assist Mr. Fellows with his insurance claim.

48. Claudia Lemon, Scott Wilson, or Robert Null were responsible for deciding whether IDS will cover Mr. Fellows' insurance claim.

49. Fellows did not cooperate in or contribute to the creation of the loss.

50. Fellows cooperated in the investigation relating to the loss.

51. IDS's lawyer, Dan Thenell, assisted in IDS's investigation of the claim.

52. On September 18, 2015, Mr. Thenell wrote to Fellows' former lawyer that all communications regarding Fellows' insurance claim were to go through Mr. Thenell's office.

53. An examination under oath is a process under which an insurance company can require a person who has made a claim to testify under oath about the claim.

54. An examination under oath can be used only as a reasonable part of the insurer's investigation.

55. IDS's lawyer Dan Thenell took the examinations under oath of Fellows and Osborne.

56. Mr. Thenell's office also gathered documents for use in IDS's investigation.

57. In October and November 2015, Fellows' former lawyer wrote to IDS's counsel Mr. Thenell on more than one occasion requesting clarification as to whether Fellows was an insured under the policy.

58. Mr. Thenell and IDS knew that Fellows was insured.

601357

THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

59. Neither Mr. Thenell nor IDS informed Fellows nor Fellows's former lawyer that he was insured.

60. Fellows obtained three independent bids for the repair of the damage.

61. Mike Storino of Tersuli Construction estimated the repair cost to be $174,388.05.

62. Richard Tietjen of Tubro Construction estimated the repair cost to be $134,217.44.

63. Tim Burnson of Maxcare of Washington estimated the repair cost to be $162,689.24.

64. IDS informed Fellows that after completing Osborne's examination under oath in December 2015, it would promptly make a decision on Fellows' insurance claim.

65. IDS filed this lawsuit on December 30, 2015, without making a decision on Fellows' claim.

66. IDS filed this lawsuit before completing its investigation.

67. Mr. Thenell advised in January 2016, after suing Fellows, that IDS considered its investigation to be continuing.

68. On November 21, 2016, the Court ordered IDS to make a coverage decision on Fellows' insurance claim.

69. On December 6, 2016, Mr. Thenell wrote a letter to Fellows' lawyers stating that IDS was denying Fellows's insurance claim. Mr. Thenell is the only person who signed the letter.

70. When IDS filed this lawsuit, it did not claim that Osborne's children did any damage nor that any loss was excluded for this reason.

71. The insurance policy covers any property damage that Osborne did that was either "domestic abuse" or "domestic violence."

////

JOINT PRETRIAL ORDER - (Case No. 2:15-cv-2031) - PAGE 8

601357

THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon  97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

72. Intentionally, knowingly, or recklessly causing damage to property so as to intimidate or attempt to control the behavior of another family or household member is domestic abuse. RCW 48.18.550(5)(d).

73. Former spouses are family or household members for purposes of domestic abuse or domestic violence. RCW 10.99.020(3) & RCW 26.50.010(6).

74. Malicious mischief property damage is domestic violence. RCW 10.99.020(5)(l)–(n).

75. A person commits malicious mischief property damage if the person: knowingly and maliciously causes physical damage to the property of another in an amount exceeding five thousand dollars; knowingly and maliciously causes physical damage to the property of another in an amount exceeding seven hundred fifty dollars; knowingly and maliciously causes physical damage to the property of another; or writes, paints, or draws any inscription, figure, or mark of any type on any public or private building or other structure or any real or personal property owned by any other person unless the person has obtained the express permission of the owner or operator of the property. RCW 9A.48.070–.090.

## ISSUES OF LAW

The following are the issues of law to be determined by the Court:

1)     Whether the intentional act exclusion bars coverage to Fellows and, further, whether the innocent spouse exception for domestic violence does or does not apply to Fellows' claim.

2)     Whether Osborne's damage caused by Osborne children, if any, is covered  under the subject policy; and

3)     Whether Fellows is entitled to coverage for personal property.

In addition to IDS's issues, Fellows raises the following issues as counterclaims:

601357

THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon  97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

1)      Whether IDS breached the insurance contract;

2)      Whether IDS committed insurance bad faith;

3)      Whether IDS violated the Washington Consumer Protection Act;

4)      Whether IDS violated the Washington Insurance Fair Conduct Act; and

5)      Whether IDS committed the torts of constructive fraud and/or negligence.

## EXPERT WITNESSES

### A. IDS's Expert Witnesses

IDS intends to introduce the following expert witnesses to testify at trial in this matter:

1)  ~~Matt~~ Mark Lawless                    ***WILL TESTIFY***
    Construction Systems Management, Inc.
    811 First Avenue, Suite 466
    Seattle, WA 98104

Mr. Lawless is expected to testify consistently with his report regarding his opinion as to what the damages related to this loss are, what the cost to repair and/or replace the damages is, and what methods of repair and replacement would meet industry standards.

2)  David Mandt                              ***WILL TESTIFY***
    Professional Claim and Loss Consulting
    PO Box 854
    Montesano, WA 98563

Mr. Mandt is expected to testify consistently with his rebuttal report as to his opinion of the reasonableness of IDS's claims handling, investigation, and ultimate coverage determination. Mr. Mandt will rebut Fellows' expert witness regarding these same topics.

### B. Fellows' Expert Witnesses

1)  Roger Howson                             ***WILL TESTIFY***
    CDR
    1100 Dexter Avenue North, Suite 100
    Seattle, WA 98109
    Phone: 206-676-3851

Mr. Howson has knowledge and opinions concerning the damage to Mr. Fellows' home consistent with the expert report he prepared.

////

JOINT PRETRIAL ORDER - (Case No. 2:15-cv-2031) - PAGE 10

601357
THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

2)  Dennis Smith                              ***WILL TESTIFY***
    4800 Freemont Ave N #202
    Seattle, WA 98103
    Phone:  206-999-3506

Mr. Smith has knowledge and opinions concerning IDS's claim handling consistent with the expert report he prepared.

3)  Paul Pederson                            ***WILL TESTIFY***
    Pederson Associates, Inc.
    PO Box 366
    Preston, WA 98050

Mr. Pederson has knowledge and opinions concerning the economic damages of Mr. Fellows' home consistent with the expert report he prepared.

## OTHER FACT WITNESSES

The names and addresses of witnesses, other than experts, to be sued by each party at the time of trial and the general nature of the testimony of each are:

**A.  IDS's Witnesses**

IDS intends to introduce the following witnesses to testify at trial in this matter:

1)  Robert Null                              ***WILL TESTIFY***
    IDS Property and Casualty Insurance Company
    c/o Thenell Law Group, PC
    12909 SW 68th Parkway, Suite 320
    Portland, OR 97223

Mr. Null is expected to testify consistently with his deposition as to his personal observations of the reported damages, the actions he took in connection with this claim including preparing an estimate of damages related to this loss.

2)  Erik Michalak                            ***WILL TESTIFY***
    IDS Property and Casualty Insurance Company
    c/o Thenell Law Group, PC
    12909 SW 68th Parkway, Suite 320
    Portland, OR 97223

Mr. Michalak is expected to testify consistently with his deposition as to his personal observations of the reported damages, the actions he took in connection with this claim including

JOINT PRETRIAL ORDER - (Case No. 2:15-cv-2031) - PAGE 11

601357
THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon  97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

1  the steps taken in the investigation of the claim and persons interviewed.

2      3)  Jodi Helf                          ***WILL TESTIFY***
           IDS Property and Casualty Insurance Company
3          c/o Thenell Law Group, PC
4          12909 SW 68th Parkway, Suite 320
           Portland, OR 97223
5
           Ms. Helf is expected to testify consistently with her deposition as to IDS's practices
6
   and procedures associated with claims handling.  Ms. Helf will introduce IDS claims handling
7
   documents, best practices and state specific practices.
8
       4)  Scott Wilson                        ***WILL TESTIFY***
9          IDS Property and Casualty Insurance Company
           c/o Thenell Law Group, PC
10         12909 SW 68th Parkway, Suite 320
           Portland, OR 97223
11
12         Mr. Wilson is expected to testify via contemporaneous video conference consistently
13  with his deposition as to IDS's practices and procedures in claims handling, as well as his personal
14  involvement in Fellows' claim.

15      5)  Chad Giessen                       ***WILL TESTIFY***
16         IDS Property and Casualty Insurance Company
           c/o Thenell Law Group, PC
17         12909 SW 68th Parkway, Suite 320
           Portland, OR 97223
18
           Mr. Giessen will testify as to his limited involvement with the subject insurance policy
19
   and determining whether Fellows was an insured and other policy research.
20
       6)  Clair Harrison                      ***WILL TESTIFY***
21         IDS Property and Casualty Insurance Company
           c/o Thenell Law Group, PC
22         12909 SW 68th Parkway, Suite 320
           Portland, OR 97223
23
24         Ms. Harrison is expected to testify as to her limited involvement with the subject insurance
25  policy and determining whether Fellows was an insured and other policy research.
26  ////

JOINT PRETRIAL ORDER - (Case No. 2:15-cv-2031) - PAGE 12                          601357

7) Michaela Osborne                    ***WILL TESTIFY***
   5224 Wilson Ave S, Suite 103
   Seattle, WA 98118

Ms. Osborne is expected to testify consistently with her examination under oath and her deposition. Ms. Osborne is expected to testify as to her involvement in causing the damages or directing the damages to the residence to be done. Ms. Osborne is further expected to testify as to her history with Fellows, including her history of domestic violence and/or abuse by Fellows, as well as recent violations of the permanent no-contact order by Fellows.

~~8) Mason L. Hill, age 10-11                    *POSSIBLE WITNESS*~~
~~c/o Michelle Osborne~~
~~5224 Wilson Ave S, Suite 103~~
~~Seattle, WA 98118~~

~~Mason is expected to testify as to her personal knowledge and experience with Fellows and any of the damages she may have caused or participated in to the residence.~~

~~9) Madison M. Hill, age 10-11                    *POSSIBLE WITNESS*~~
~~c/o Michelle Osborne~~
~~5224 Wilson Ave S, Suite 103~~
~~Seattle, WA 98118~~

~~Madison is expected to testify as to her personal knowledge and experience with Fellows and any of the damages she may have caused or participated in to the residence.~~

10) Officer C. Jacobs/1953                    ***WILL TESTIFY***
    Renton Police Department
    1055 S Grady Way
    Renton, WA 98057

Officer Jacobs is expected to testify consistently with the report he prepared in connection with investigating the damages claimed by Fellows on or about August 31, 2015.

11) Detective Edwards                    ***WILL TESTIFY***
    Renton Police Department
    1055 S Grady Way
    Renton, WA 98057

////

////

////

JOINT PRETRIAL ORDER - (Case No. 2:15-cv-2031) - PAGE 13

THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon  97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

1    Detective Edwards is expected to testify as to his actions and investigation in

2  connection with the damages claimed by Fellows on or about August 31, 2015, as well as the

3  investigation into the alleged violations of the temporary restraining order against Fellows.

4    12) Eric Webster                          ***WILL TESTIFY***
       20315 33rd Ave W, Unit A
5      Lynnwood, WA 98036

6    Mr. Webster is expected to testify consistently with his deposition as to his personal

7  observations of the residence in April 2015, including the lack of men's suits and apparel in the

8  master-bedroom closet.

9    13) Celina Kershner                        ***WILL TESTIFY***
       1507 Rolling Hills Ave SE
10     Renton, WA 98055

11    Ms. Kershner is expected to testify consistently with her deposition as to when Fellows

12  lived with her, what Fellows disclosed to her regarding this loss and the damages, Fellows

13  relationship with Osborne, and Ms. Kershner's observations of the effect of the damages on

14  Fellows.

15    14) Robby Lee Dickerson                   ***POSSIBLE WITNESS***
       815 21st NE
16     Auburn, WA 98002

17    Mr. Dickerson is expected to testify consistently with his deposition as to his personal

18  observations and personal knowledge of the relationship between Osborne and Fellows, his

19  observations (if any) of the damages to the residence, and his personal knowledge of domestic

20  violence between Fellows and Osborne.

21    15) Sheila Phillips                       ***POSSIBLE WITNESS***
       211 32nd Ave E
22     Seattle, WA 98112

23    Ms. Phillips is expected to testify as to her personal observations and personal

24  observations and personal knowledge of the relationship between Osborne and Fellows, her

25  observations (if any) of the damages to the residence, and her personal knowledge of domestic

26  violence between Fellows and Osborne.

JOINT PRETRIAL ORDER - (Case No. 2:15-cv-2031) - PAGE 14

THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

1        16) John Hill                                    ***POSSIBLE WITNESS***
2            3436 South 186th St
            Seattle, WA 98188

3        Mr. Hill is expected to testify consistently with his deposition as to his personal

4    knowledge and observations of the damages to the residence, and any resulting effects, or lack

5    thereof, on Fellows' emotional state.

6        17) Officer Shawn D. Crow, 7610                  ***WILL TESTIFY***
7            Seattle Police Department
            610 5th Avenue
8            Seattle, WA 98124

9        Officer Crow is expected to testify consistently with his report prepared in October 2016

10   in connection with allegations of violations of the permanent protective order against Fellows in

11   that same month.

12       18) Claudia Lemon                                ***WILL TESTIFY VIA DEPOSITION***
            IDS Property and Casualty Insurance Company
13           c/o Thenell Law Group, PC
            12909 SW 68th Parkway, Suite 320
14           Portland, OR 97223

15       Ms. Lemon is expected to testify via video deposition regarding her involvement in the

16   claim investigation and claim handling, including directing other employees of IDS in the handling

17   of the claim as well as retaining and directing outside counsel to assist in the claim.

18       19) Tim Lasso                                    ***POSSIBLE WITNESS***
19           c/o Hinshaw's Honda
            2605 Auburn Way North
20           Auburn, WA 98002

21       Mr. Lasso is expected to testify consistently with his deposition as to his personal

22   observations and knowledge of Fellows' work performance and income.

23       20) ~~Spencer Freeman~~                          ~~***POSSIBLE WITNESS***~~
            ~~Freeman Law Firm, Inc.~~
24           ~~1107 ½ Tacoma Ave S~~
            ~~Tacoma, WA 98402~~

25       ~~Mr. Freeman is expected to testify as rebuttal to Fellows' witnesses who may provide~~

26   ~~testimony regarding the reputation, habits, etc. of Daniel E. Thenell. Mr. Freeman will offer testify~~

JOINT PRETRIAL ORDER - (Case No. 2:15-cv-2031) - PAGE 15

601357

THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon  97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

~~regarding specific instances of claims involvement on behalf of policyholders on files involving~~

~~Mr. Thenell.~~

~~21) Rico Tessandore                                   POSSIBLE WITNESS~~
~~Law Offices of Rico Tessandore~~
~~4100 194th St. SW #215~~
~~Lynwood, WA 98036~~

~~Mr. Tessandore is expected to testify as rebuttal to Fellows' witnesses who may provide~~

~~testimony regarding the reputation, habits, etc. of Daniel E. Thenell.~~

~~22) Patrick H. LePley                                 POSSIBLE WITNESS~~
~~LePley Law Firm~~
~~12600 SE 38th St., Suite 201~~
~~Bellevue, WA 98006~~

~~Mr. LePley is expected to testify as rebuttal to Fellows' witnesses who may provide~~

~~testimony regarding the reputation, habits, etc. of Daniel E. Thenell.  Mr. LePlay will testify about~~

~~two claims handling by Mr. Thenell where he represented the insureds.~~

~~23) Brian Williams                                    POSSIBLE WITNESS~~
~~Hitt Hiller Monfils Williams~~
~~411 SW 2nd Avenue, Suite 400~~
~~Portland, OR 97204~~

~~Mr. Williams is expected to testify as rebuttal to Fellows' witnesses who may provide~~

~~testimony regarding the reputation, habits, etc. of Daniel E. Thenell.  Mr. Williams will discuss~~

~~several cases where he was involved in files that also involved Mr. Thenell, and one file involving~~

~~Mr. Taylor.~~

~~24) Jillian Hinman                                    POSSIBLE WITNESS~~
~~Forsberg & Umlauf, PS~~
~~901 Fifth Avenue, Suite 1400~~
~~Seattle, WA 98164~~

~~Ms. Hinman is expected to testify as rebuttal to Fellows' witnesses who may provide~~

~~testimony regarding the reputations habits, etc. of Daniel E. Thenell.  Ms. Hinman will offer~~

~~testimony regarding her professional experience as an attorney in working with Mr. Thenell.~~

Pursuant to LCR 16(h)(5), IDS reserves the right to call additional witnesses for purposes

JOINT PRETRIAL ORDER - (Case No. 2:15-cv-2031) - PAGE 16

THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon  97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

1   of rebuttal.

2       **B. Fellows' Witnesses**

3       1) Charles H. Fellows           ***WILL TESTIFY***
            c/o Keller Rohrback LLP
4            1201 Third Avenue, Suite 3200
            Seattle, WA 98101
5            Phone: (206) 623-1900

6       Mr. Fellows is the defendant in this action and has knowledge surrounding the substance

7   of events, the timeline of events, and intimate knowledge surrounding damage to his property.

8       2) Chad Giesen               ***WILL TESTIFY***
            IDS property Casualty Insurance Company
9            c/o Thenell Law Group, PC
            12909 SW 68th Parkway, Suite 320
10          Portland, OR 97223
            Phone: (503) 372-6450
11

12       Mr. Giesen is an employee of IDS who has handled and worked on the Mr. Fellows' file.

13   Mr. Giesen has knowledge about the defendant's claim.

14       3) Robert Null               ***WILL TESTIFY***
            IDS property Casualty Insurance Company
15          c/o Thenell Law Group, PC
            12909 SW 68th Parkway, Suite 320
16          Portland, OR 97223
            Phone: (503) 372-6450

17       Mr. Null is an employee of IDS who has handled and worked on the Mr. Fellows's file.

18   Mr. Null has knowledge about the defendant's claim.

19       4) Eric Michalak             ***WILL TESTIFY***
            IDS property Casualty Insurance Company
20          c/o Thenell Law Group, PC
            12909 SW 68th Parkway, Suite 320
21          Portland, OR 97223
            Phone: (503) 372-6450
22

23       Mr. Michalak is an employee of IDS who has handled and worked on the Mr. Fellows' file.

24   Mr. Michalak has knowledge about the defendant's claim.

25       5) Claudia Lemon           ***WILL TESTIFY***
            IDS property Casualty Insurance Company
26          c/o Thenell Law Group, PC
            12909 SW 68th Parkway, Suite 320

JOINT PRETRIAL ORDER - (Case No. 2:15-cv-2031) - PAGE 17

601357

THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

1   Portland, OR 97223
Phone: (503) 372-6450

2       Ms. Lemon is an employee of IDS who has handled and worked on the Mr. Fellows' file.

3   Ms. Lemon has knowledge about the defendant's claim.

4       6)  Jodi Helf                              ***WILL TESTIFY***
IDS property Casualty Insurance Company
5           c/o Thenell Law Group, PC
12909 SW 68th Parkway, Suite 320
6           Portland, OR 97223
Phone: (503) 372-6450
7
        Ms. Helf is an employee of IDS who has handled and worked on the Mr. Fellows' file.  Ms.
8
    Helf has knowledge about the defendant's claim.
9
        7)  Scott Wilson                           ***WILL TESTIFY***
10          IDS property Casualty Insurance Company
c/o Thenell Law Group, PC
11          12909 SW 68th Parkway, Suite 320
Portland, OR 97223
12          Phone: (503) 372-6450

13      Mr. Wilson is an employee of IDS who has handled and worked on the Mr. Fellows' file.

14  Mr. Wilson has knowledge about the defendant's claim.

15      ~~8)  Daniel E. Thenell~~                   ***~~POSSIBLE WITNESS~~***
~~Thenell Law Group, PC~~
16          ~~12909 SW 68th Parkway, Suite 320~~
~~Portland, OR 97223~~
17          ~~Phone: (503) 372-6450~~

18  ~~Mr. Thenell is a representative of IDS who has handled and worked on the Mr. Fellows'~~

19  ~~file.  Mr. Thenell has knowledge about defendant's claim.~~
        9)  Eric Webster                           ***WILL TESTIFY***
20          Lamb Hanson Lamb Appraisal Associates, Inc.
4025 Delridge Way SW, Suite 140
21          Seattle, WA 98106
Phone: (206) 838-1215
22
        Mr. Webster appraised the subject property on April 14, 2015.  Mr. Webster has knowledge
23
    of the state the property was in on that date.
24
        10) Michael Elvidge                        ***WILL TESTIFY***
25          10025 SE 192nd Place
Renton, WA 98055
26

JOINT PRETRIAL ORDER - (Case No. 2:15-cv-2031) - PAGE 18

THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon  97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

1    Mr. Elvidge resides next door to the property.  He would have knowledge of conversations

2    between himself and Michaela Fellows regarding the damage to the subject property.

3        11) Celina Kerschner                    ***WILL TESTIFY***
          Phone:  (206) 859-7770
4

5    The defendant was residing with Ms. Kerschner at the time he discovered the damage to

6    the subject property.   She would have knowledge as to his reaction to the discovery and

7    conversations she had with Mr. Fellows before he discovered the damage with regards to the

8    subject property.

9        12) John Ferguell                       ***POSSIBLE WITNESSES***
          Marcie Sako-Orme
10        John Ferguell, P.S.
          555 West Smith Street, Suite 106
11        Kent, WA 98032
          Phone:  (206) 575-1401

12   John Ferguell is Mr. Fellows's divorce attorney and has knowledge of Mr. Fellows's

13   divorce action.  Ms. Sako-Orme is a paralegal for Mr. Ferguell.  Mr. Fellows phoned Ms. Sako-

14   Orme after discovering his home had been destroyed by Michaela Fellows.

15       13) Michela Osborne                     ***POSSIBLE WITNESS***
          Phone:  (206) 931-5530
16

17   Ms. Osborne damaged the subject property.

18       14) Tom Lether                          ***WILL TESTIFY***
          Lether & Associates, PLLC
19        1848 Westlake Ave N, Suite 100
          Seattle, WA 98109

20   Mr. Lether was retained by Mr. Fellows following IDS denial of Mr. Fellows's insurance

21   claim due to him not being listed as an insured on the policy.  Mr. Colito and Mr. Lether may

22   testify as to their initial communications with IDS and their representative, Dan Thenell.

23       ~~15) Kittis Eucher~~                   ~~***POSSIBLE WITNESS***~~
          ~~c/o Patrick LePley~~
24        ~~12600 SE 38th Street, Suite 201~~
          ~~Bellevue, WA 98006~~
25

26   ~~Ms. Eucher has knowledge of the legislative history of RCW 48.18.550.~~

JOINT PRETRIAL ORDER - (Case No. 2:15-cv-2031) - PAGE 19

601357

THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon  97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

16) Tim Lasso                           ***POSSIBLE WITNESS***
   c/o Hinshaw's Honda
   2605 Auburn Way North
   Auburn, WA 98002
   Phone:  (253) 833-7900

Mr. Lasso is the General Manager of Hinshaw's Honda and Mr. Fellows' employer.  Mr.

Lasso has knowledge of Mr. Fellows' contents loss.

17) Peter Camiel                        ***POSSIBLE WITNESS***
   Mair & Camiel, P.S.
   710 Cherry Street
   Seattle, WA 98104
   Phone:  (206) 624-1551

Mr. Camiel is Mr. Fellows' criminal attorney and has knowledge of Mr. Fellows' criminal

history.

18) R. Scott Taylor ~~                   ***WILL TESTIFY***~~
   ~~Taylor & Tapper Attorneys~~
   ~~400 E 2nd Avenue, Suite 103~~
   ~~Eugene, OR 97401~~
   ~~Phone:  (541) 485-1511~~

~~Mr. Taylor has knowledge regarding Mr. Thenell's reputation for dealing with~~
~~policyholders.~~

19) Devin Robinson ~~                    ***WILL TESTIFY***~~
   ~~Law Offices of Devin Robinson~~
   ~~1706 NW Glisan Street, Suite 5~~
   ~~Portland, OR 97209~~
   ~~Phone:  (800) 921-4749~~

~~Mr. Robinson has knowledge regarding Mr. Thenell's reputation for dealing with~~
~~policyholders.~~

20) Karen Koehler ~~                     ***WILL TESTIFY***~~
   ~~Stritmatter Kessler Whelan~~
   ~~3600 15th Ave W, Suite 300~~
   ~~Seattle, WA 98119~~
   ~~Phone:  (206) 448-1777~~

~~Ms. Koehler has knowledge regarding Mr. Thenell's reputation for dealing with~~
~~policyholders.~~

21) George Mix ~~                        ***WILL TESTIFY***~~
   ~~Mix Sanders Thompson~~

JOINT PRETRIAL ORDER - (Case No. 2:15-cv-2031) - PAGE 20

601357

THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon  97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

~~1420 5th Ave, Suite 2200~~
~~Seattle, WA 98101~~
~~Phone: (206) 521-5989~~

~~Mr. Mix has knowledge regarding Mr. Thenell's reputation for dealing with policyholders.~~

## EXHIBITS

### A. IDS's Exhibits

IDS intends to offer the following exhibits at trial:

| Ex. No. | Description | Admissibility Stipulated | Authenticity Stipulated | Objection |
|---|---|:---:|:---:|:---:|
| 1 | IDS Homeowners Insurance Policy No. HI01499589 | X | X | |
| 2 | Claim Log Notes | X | X | |
| 3 | Claims Correspondence | X | X | |
| 4 | State Specific Claims Manuals and Best Practices Guides for the State of Washington | X | X | |
| 5 | Photographs taken by IDS (Sept. 2015) | X | | |
| 6 | Estimate prepared by Robert Null (Sept. 2015) | X | | |
| 7 | IDS Field Report (prepared by E. Michalak in Sept. 2015) | X | | |
| 8 | Certified Police Reports from Renton Police Dept. regarding charges and investigations of alleged violations of no-contact Protection Order against Fellows. | | | X |
| 9 | Order for Protection, Case No. 13-3-11851 KNT, Dated July 8, 2015 | X | | |
| 10 | Estimate prepared by Lawless | X | | |
| 11 | Photographs taken by Lawless | X | | |
| 12 | Transcript of Examination Under Oath of Charles Fellows (Nov. 5, 2015) | X | X | |
| 13 | Transcript of Examination Under Oath of Michaela Osborne (Dec. 18, 2015) | X | X | |
| 14 | Video of Examination Under Oath of Charles Fellows (Nov. 5, 2015) | X | X | |
| 15 | Video of Examination Under Oath of Michaela Osborne (Dec. 18, 2015) | X | X | |
| 16 | Seattle Police Report (Oct. 2016) | | | X |
| 17 | Personal Property List (M. Osborne EUO Ex. 1) | | X | X |
| 18 | Defendant's Answers to Plaintiff's First Interrogatories and Requests For Production | | X | X |
| 19 | Defendant's First Supplemental Answers to Plaintiff's First Interrogatories and Requests For Production | | X | X |

JOINT PRETRIAL ORDER - (Case No. 2:15-cv-2031) - PAGE 21

601357

THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon  97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

| Ex. No. | Description | Admissibility Stipulated | Authenticity Stipulated | Objection |
|---|---|---|---|---|
| 20 | Defendant's Second Supplemental Answers to Plaintiff's First Interrogatories and Requests For Production | | X | X |
| 21 | Defendant's Third Supplemental Answers to Plaintiff's First Interrogatories and Requests For Production | | X | X |
| 22 | Defendant's Fourth Supplemental Answers to Plaintiff's First Interrogatories and Requests For Production | | X | X |
| 23 | Defendant's Fifth Supplemental Response to First Interrogatories & Request for Production | | X | X |
| 24 | Defendant's Sixth Supplemental Response to First Interrogatories & Request for Production | | X | X |
| 25 | Defendant's Answers to Plaintiff's Second Requests For Production | | X | X |
| 26 | Defendant's Answers and Objections to Plaintiff's Second Interrogatories and Third Requests For Production | | X | X |
| 27 | Defendant's Answers to Plaintiff's Fourth Requests For Production | | X | X |
| 28 | Defendant's Privilege Log RE: Letheremails_000001 to Letheremails_000959 | | X | X |
| 29 | Defendant's Privilege Log | | X | X |
| 30 | 10/28/13 Audio Call between IDS Mary DeGalan and Michaela Osborne – Audio Recording (IDS_000670) | | | X |
| 31 | 09/01/15 Call between IDS Rep Adrian Flanagan and Michaela Osborne - Audio Recording (IDS_000671) | X | X | |
| 32 | 09/01/15 Call between IDS Reps Amber Kiesling/Evan Brunner and Charles Fellows - Audio recording (IDS_000672) | X | X | |
| 33 | 09/01/15 Call between IDS Reps April Lasecki/Corey Heim and Charles Fellows - Audio recording (IDS_000673) | X | X | |
| 34 | 09/02/15 Call between IDS Rep April Lasecki and Charles Fellows - Audio recording (IDS_000674) | X | X | |

JOINT PRETRIAL ORDER - (Case No. 2:15-cv-2031) - PAGE 22

THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

| Ex. No. | Description | Admissibility Stipulated | Authenticity Stipulated | Objection |
|---|---|---|---|---|
| 35 | 09/02/15 Second call between IDS Rep April Lasecki and Charles Fellows - Audio recording (IDS_000675) | X | X | |
| 36 | 09/10/15 Call between IDS Rep April Lasecki and Charles Fellows - Audio recording (IDS_000676) | X | X | |
| 37 | 09/10/15 Call between IDS Rep Kevin Craddock and Michaela Osborne - Audio recording (IDS_000677) | X | X | |
| 38 | Client server email exchange regarding the handling of the subject claim (IDS_003572-IDS_003610) | X | | |
| 39 | 09/10/15 Letter & Complaint from Office of Insurance Commissioner to IDS | X | | |
| 40 | 09/16/15 Letter from Office of Insurance Commissioner to IDS | X | | |
| 41 | 09/18/15 Letter from IDS to Office of Insurance Commissioner | X | | |
| 42 | 09/01/15 Policy Cancellation IDS_000158 | X | | |
| 43 | 10/28/10 Policy pending cancellation #AI00605086 IDS_004509 | | | X |
| 44 | 01/29/16 Letter from Daniel Thenell to Office of the Insurance Commissioner | X | | |
| 45 | Keller Rohrback email exchange(s) | | | X |
| 46 | Karen Koelher Blog | | | X |
| 47 | Lear vs. IDS WD Wash. Case No. C14-1040 RAJ Summary Judgment Order dated January 11, 2017 | | | X |
| 48 | *Reserved* | | | |
| 49 | *Reserved* | | | |
| 50 | *Reserved* | | | |

Pursuant to LCR 16(h)(6), IDS reserves the right to submit additional exhibits as permitted by the Rules of this Court, including, but not limited to, exhibits introduced for the purposes of impeachment.

### B. Fellows' Exhibits

In addition to several of the exhibits listed by IDS, Fellows will offer the following exhibits.

| Ex. No. | Description | Admissibility Stipulated | Authenticity Stipulated | Objection |
|---|---|---|---|---|
| 101 | Order finding Osborne in Contempt | X | X | |

JOINT PRETRIAL ORDER - (Case No. 2:15-cv-2031) - PAGE 23

601357

THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

| Ex. No. | Description | Admissibility Stipulated | Authenticity Stipulated | Objection |
|---|---|---|---|---|
| 102 | Photographs of damage taken by Charles Fellows | X | | |
| 103 | Lamb Hanson Lamb Appraisal | X | | |
| 104 | Lamb Hanson Lamb photographs | X | | |
| 105 | Tersuli bid | X | | |
| 106 | Tubro bid | X | | |
| 107 | Maxcare bid and photos | X | | |
| ~~108~~ | ~~Personal Property List~~ | | | Plf's Ex. 17 |
| 109 | Photos of personal property taken by Charles Fellows | X | | |
| 110 | Renewal declarations May 10, 2012 through May 10, 2016 | X | X | |
| 111 | Renton police report and photos dated August 31, 2015 | X | X | |
| ~~112~~ | ~~2015-09-01 Call between IDS Rep Adrian Flanagan and Michaela Osborne — Audio Recording~~ | | | Plf's Ex. 31 |
| ~~113~~ | ~~2015-09-01 Call between IDS Reps April Lasecki/Corey Heim and Charles Fellows — Audio Recording~~ | | | Plf's Ex. 33 |
| ~~114~~ | ~~2015-09-01 Call between IDS Reps Amber Kiesling/Evan Brunner and Charles Fellows — Audio recording~~ | | | Plf's Ex. 32 |
| ~~115~~ | ~~2015-09-02 Call between IDS Rep April Lasecki and Charles Fellows — Audio recording~~ | | | Plf's Ex. 34 |
| ~~116~~ | ~~2015-09-02 Call between IDS Rep April Lasecki and Charles Fellows — Audio Recording~~ | | | Plf's Ex. 35 |
| ~~117~~ | ~~2015-09-10 Call between IDS Rep April Lasecki and Charles Fellows — Audio recording~~ | | | Plf's Ex. 36 |
| ~~118~~ | ~~2015-09-10 Call between IDS Rep Kevin Craddock and Michaela Osborne~~ | | | Plf's Ex. 37 |
| ~~119~~ | ~~IDS letter to insurance commissioner dated September 16, 2015~~ | | | Plf's Ex. 3 Pg. 46 |
| ~~120~~ | ~~IDS letter to insurance commissioner dated September 18, 2015~~ | | | Plf's Ex. 41 |
| 121 | Transcript of Oral orders by King County Superior Court re preservations of home (Bench Trial June 30, 2015 and Presentation of Ruling July 8, 2015) | | | X |
| 122 | Washington Court of Appeals Opinion *In re Marriage of Fellows*, 196 Wn.App. 1073, 2016 WL 6948771 (Nov. 28, 2016) | | | X |
| 123 | Dismissal of charges entered November 19, 2015 | | | X |

JOINT PRETRIAL ORDER - (Case No. 2:15-cv-2031) - PAGE 24

THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

| Ex. No. | Description | Admissibility Stipulated | Authenticity Stipulated | Objection |
|---------|-------------|-------------------------|-------------------------|-----------|
| 124 | Dismissal of charges entered December 19, 2016 | | | X |
| 125 | Video of car circling cul-de-sac July 23, 2015 | X | | |
| ~~126~~ | ~~Smart email dated December 10, 2014 (Fellows_002799)~~ | X | X | |
| ~~127~~ | ~~Lether letter to IDS dated September 15, 2015~~ | | | Plf's Ex. 3 Pgs. 22-23 |
| 128 | Thenell email dated September 18, 2015 (LETHERFILE_000145-46) | X | X | |
| ~~129~~ | ~~Colito letter to Thenell dated October 5, 2015~~ | | | Plf's Ex. 3 Pgs. 1-2 |
| ~~130~~ | ~~Colito letter to Thenell dated October 13, 2015~~ | | | Plf's Ex. 3 Pgs. 24-25 |
| 131 | Thenell email dated October 13, 2015 | X | X | |
| ~~132~~ | ~~Colito letter dated October 20, 2015~~ | | | Plf's Ex. 3 Pgs. 17-19 |
| 133 | Thenell email dated October 21, 2015 | X | X | |
| ~~134~~ | ~~Thenell email dated October 27, 2015~~ | | | Plf's Ex. 3 Pgs. 3-5 |
| 135 | Colito emails dated November 2, 2015 | X | X | |
| 136 | Thenell ROR letter dated November 4, 2015 | X | X | |
| 137 | Thenell letter to Colito dated November 5, 2015 | X | X | |
| 138 | Thenell letter to Colito dated November 10, 2015 | X | X | |
| ~~139~~ | ~~Colito letter to Thenell dated November 17, 2015~~ | | | Plf's Ex. 3 Pgs. 20-21 |
| 140 | Thenell email dated November 20, 2015 | X | X | |
| ~~141~~ | ~~Thenell letter dated December 3, 2015~~ | | | Plf's Ex. 3 Pgs. 27-28 |
| 142 | Email exchange between Colito and Thenell December 15, 2015 | X | X | |
| ~~143~~ | ~~Colito letter to Thenell dated December 16, 2015~~ | | | Plf's Ex. 3 Pgs. 29-31 |
| 144 | Colito letter to Thenell dated December 30, 2015 | X | X | |
| 145 | Thenell email dated December 30, 2015 | X | X | |
| ~~146~~ | ~~Thenell letter dated January 15, 2016~~ | | | Plf's Ex. 3 Pgs. 50-53 |
| ~~147~~ | ~~IFCA Notice and Notification Sheet dated January 12, 2016~~ | | | Plf's Ex. 3 Pgs. 54-56 |
| 148 | *Kirstyn Kono and Christopher Kono v. Pacific Star Insurance Company, et. al.* | | | X |

JOINT PRETRIAL ORDER - (Case No. 2:15-cv-2031) - PAGE 25

THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

| Ex. No. | Description | Admissibility Stipulated | Authenticity Stipulated | Objection |
|---|---|---|---|---|
| | (King County Superior Court No. 12-2-30494-7 SEA) Findings of Fact, Conclusions of Law and Supplemental Order Granting Plaintiffs' Motion for Discovery Relief and Sanctions and to Compel Discovery dated October 18, 2013 and Order Granting Plaintiffs Motion for Discovery Relief and Sanctions and to Compel Discovery dated August 28, 2013 | | | |
| 149 | *Espinoza v. American Commerce Ins. Co.* Yakima County Superior Court – Court's Ruling on In Camera Review of Claims File dated January 12, 2016 | | | X |
| 150 | *Beck v. Metroplitan*, 2016 WL 4978411 (D. Or. Sep. 16, 2016) | | | X |
| ~~151~~ | ~~Email between Will Smart and Ann Peterson/Anita Rosenthal dated December 10, 2014~~ | X | X | |
| 152 | No. T97-4 Technical Assistance Advisory – October 31, 1997 (Subject:  Denial of coverage to innocent co-insureds) | | | X |
| 153 | RCW 48.18.550 | | | X |
| 154 | RCW 26.50.010 | | | X |
| 155 | RCW 10.99.020 | | | X |
| 156 | RCW 9A.48.070–.090 | | | X |
| 157 | WAC 284-20-010 | | | X |
| 158 | 1943 New York Standard Fire Policy | | | X |

Dated:  March 13, 2017.

THENELL LAW GROUP, PC

By:  ___/s/ Daniel E. Thenell___
Daniel E. Thenell, WSBA No. 37297
Email:  Dan@ThenellLawGroup.com
Alexander H. Hill, *pro hac vice*
Email:  AlexH@ThenellLawGroup.com
Of Attorneys for Plaintiff IDS Property and
Casualty Insurance Company

Dated:  March 13, 2017.

KELLER ROHRBACK L.L.P.

By:  ___/s/ William C. Smart___
William C. Smart, WSBA No. 8192
Email:  WSmart@KellerRohrback.com
Ian S. Birk, WSBA No. 31431
Email:  IBirk@KellerRohrback.com
Attorneys for Defendant Charles H. Fellows

601357

THENELL LAW GROUP
12909 SW 68th Pkwy., Suite 320
Portland, Oregon  97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

IT IS SO ORDERED.

Dated this ___17___ day of March, 2017.


THOMAS S. ZILLY
United States District Judge