UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IDS PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>     v.<br><br>CHARLES H. FELLOWS,<br><br>                    Defendant. | C15-2031 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Plaintiff's motion, docket no. 156, seeking permission to speak with Michaela Osborne and a ruling that she has waived her attorney/client privilege with respect to certain materials, is DENIED in part and DEFERRED in part, as follows:

    (a)     Discovery is closed.  Osborne may either consent or refuse to speak with plaintiff's attorney, and she may condition any such discussion on the presence of her attorney, but the Court will not direct her to participate in any further discovery efforts.

    (b)     With respect to whether documents Osborne sent to plaintiff's attorney are still protected by attorney/client privilege, plaintiff's motion is RENOTED to the first day of trial, March 27, 2017; any response by Osborne or defendant Charles H. Fellows shall not exceed ten (10) pages in length and shall be filed by Sunday, March 26, 2017.  No reply shall be filed unless requested by the Court.

MINUTE ORDER - 1

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Osborne's attorney, Morgan Mentzer, at Lavender Law Project, 2425 Sixth Avenue South, Seattle, WA 98134-2024, and at morgan@lavenderlawproject.org.

Dated this 23rd day of March, 2017.

William M. McCool<br>
Clerk

s/Karen Dews<br>
Deputy Clerk

MINUTE ORDER - 2