# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IDS PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>     v.<br><br>CHARLES H. FELLOWS,<br><br>                    Defendant. | C15-2031 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) With regard to plaintiff's designations, docket no. 143, of portions of Claudia Lemon's deposition, the Court sustains the following objections, docket no. 155, made by defendant:

> 158:22-25
> 159:1-4

(2) With regard to defendant's cross-designations, docket no. 155, of portions of Claudia Lemon's deposition, the Court sustains the following objections, docket no. 173, made by plaintiff:

> 79:17-20
> 135:10-14
> 153:20-154:10
> 191:2-5, 8
> 215:8-9

MINUTE ORDER - 1

      (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of March, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2