UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IDS PROPERTY AND CASUALTY
INSURANCE COMPANY,

        Plaintiff,

  v.

CHARLES H. FELLOWS,

        Defendant.

C15-2031 TSZ

ORDER

It is the ORDER of the Court that the jury in this case be committed to the custody of a duly sworn bailiff or bailiffs; and

It is FURTHER ORDERED that the Clerk, U.S. District Court, pay for the meals of said jurors at the expense of the United States Courts.

IT IS SO ORDERED.

Dated this 4th day of April, 2017.

                                              /s/ Thomas S. Zilly
                                              Thomas S. Zilly
                                              United States District Judge

ORDER - 1